| Prob 22<br>(Rev 2/88) | Docket Number (Transferring Court)<br>CR99-00063P-001 |
|---|---|
| **TRANSFER OF JURISDICTION** | Docket Number (Receiving Court)<br>CR08-0068 SBA |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br><br>**LENARDO LEE BOWDEN**<br>*2264 82nd Avenue, Apt. D*<br>*Oakland, CA 94605* | DISTRICT<br><br>WESTERN<br>WASHINGTON | DIVISION<br><br>Seattle |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br><br>**The Honorable Marsha J. Pechman** | |
| | DATES OF PROBATION/<br>SUPERVISED RELEASE | FROM<br><br>11/03/05 | TO<br><br>11/02/08 |

OFFENSE Unarmed Bank Robbery and Attempted Unarmed Bank Robbery

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___WESTERN___ DISTRICT OF ___WASHINGTON___

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of California___ upon the Court's order of acceptance of jurisdiction. The Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/2/08
DATE

*[signature]*
UNITED STATES DISTRICT JUDGE

* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN - 4 2008
DATE

*[signature]*
UNITED STATES DISTRICT JUDGE