**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
700 STEWART ST., LOBBY LEVEL
SEATTLE, WASHINGTON  98101



**BRUCE RIFKIN**
District Court Executive
Seattle, Washington

March 12, 2008

Clerk's Office
Clerk, US District Court
Phillip Burton US Courthouse
Box 36060, 450 Golden Gate Ave
San Francisco, CA 94102-3489

RE:    **USA vs. Lenardo Lee Bowden**
       **YOUR CASE NUMBER:    CR08-0068**
       **OUR CASE NUMBER:**    CR99-63MJP

Dear Clerk:

Pursuant to the Order Transferring Probation Jurisdiction in the above-captioned case, enclosed are certified copies of:

| | |
|---|---|
| X | Docket sheet |
| X | Indictment or Information |
| X | Judgment & Commitment |
| X | Plea Agreement |
| X | Financial Case Record (from Financial Dept.) |
| ____ | Other: |

Please acknowledge receipt of the above documents by returning the enclosed copy of this letter.

Sincerely,

BRUCE RIFKIN, DISTRICT COURT EXECUTIVE

By: _____
      Deputy Clerk

Enclosures
cc:  AUSA, USPO
        FLU Unit - U.S. Atty's Office

Prob 22
(Rev 2/88)*

**TRANSFER OF JURISDICTION**

Docket Number (Transferring Court)

*CR99-00063P-001*

CR08-0068 SBA

Docket Number (Receiving Court)

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| **LENARDO LEE BOWDEN**<br>**2264 82ⁿᵈ Avenue, Apt. D**<br>**Oakland, CA 94605** | WESTERN WASHINGTON | Seattle |

NAME OF SENTENCING JUDGE

*The Honorable Marsha J. Pechman*

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 11/03/05 | 11/02/08 |

OFFENSE Unarmed Bank Robbery and Attempted Unarmed Bank Robbery

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___WESTERN___ DISTRICT OF ___WASHINGTON___

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___Northern District of California___ upon the Court's order of acceptance of jurisdiction. The Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1/2/08

DATE

UNITED STATES DISTRICT JUDGE

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___Northern___ DISTRICT OF ___California___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

JAN _ _ 2008

DATE

UNITED STATES DISTRICT JUDGE

I hereby certify that the annexed instruments is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By _____
Deputy Clerk

Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence of
the Grand Jury and FILED in The U.S.
DISTRICT COURT at Seattle, Washington.

..........February 11.......... 19 99.

BRUCE RIFKIN, Clerk

By _Irene Boyd_ Deputy

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

UNITED STATES OF AMERICA,           )
          Plaintiff,           )      NO. **CR 99 - 63 2**
          v.           )
                     )      INDICTMENT
LENARDO LEE BOWDEN,           )
          Defendant.           )

The Grand Jury charges that:

On or about November 18, 1998, at Seattle, within the Western District of Washington,
LENARDO LEE BOWDEN by force and intimidation, did take from the person and presence
of certain bank employees approximately Three Thousand Two Hundred One Dollars and
50 cents ($3201.50), in money belonging to and in the care, custody, control, management,
and possession of the Washington Mutual Bank, University Financial Center Branch,

//

//

//

I hereby certify that the
annexed instruments is a true
and correct copy of the original
on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington

By _____
          Deputy Clerk

INDICTMENT/BOWDEN - 1
98-704M

UNITED STATES ATTORNEY
SEAFIRST FIFTH AVENUE PLAZA BUILDING
800 FIFTH AVENUE, SUITE 3600
SEATTLE, WASHINGTON 98104
(206) 553-7970

1  4300 Brooklyn Avenue, NE, Seattle, Washington, a bank as defined in Title 18, United States

2  Code, Section 2113(f).

3          All in violation of Title 18, United States Code, Section 2113(a).

4

5                                          A TRUE BILL:

6                                          DATED: 2/11/99

7

8                                          _____
                                           FOREPERSON

9

10

11
    _____
    KATRINA C. PFLAUMER
    United States Attorney

13

14
    _____
15  WILLIAM H. REDKEY, JR.
    Assistant United States Attorney

16

17
    _____
18  SUSAN B. DOHRMANN
    Assistant United States Attorney

19

20

21

22

23

24

25

26

27

28

UNITED STATES ATTORNEY
SEAFIRST FIFTH AVENUE PLAZA BUILDING
800 FIFTH AVENUE, SUITE 3600
SEATTLE, WASHINGTON 98104
(206) 553-7970

CC: TO JUDGE JK

_____ FILED
_____ LODGED _____ ENTERED
_____ RECEIVED

MAY 28 1999   JK

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, ) NO.  CR99-63 WD
    Plaintiff, )
         ) SUPERSEDING INFORMATION
  v. )
         )
LENARDO LEE BOWDEN, )
    Defendant. )
_____)

I hereby certify that the annexed instruments is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN Clerk, U.S. District Court Western District of Washington
By _____
     Deputy Clerk

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1

On or about November 16, 1998, at Tukwila, within the Western District of Washington, LENARDO LEE BOWDEN, by force, violence and intimidation, did take from the person and presence of certain bank employees approximately Six Hundred Seventy-One Dollars ($671.00) in money belonging to and in the care, custody, control, management, and possession of the Seafirst Bank, Southcenter Branch, 225 Tukwila Parkway, Tukwila, Washington, a bank as defined in Title 18, United States Code, Section 2113(f).

All in violation of Title 18, United States Code, Section 2113 (a).

## COUNT 2

On or about November 17, 1998, at Auburn, within the Western District of Washington, LENARDO LEE BOWDEN, by force, violence and intimidation, did take from the person and presence of certain bank employees approximately Eight Hundred Forty-Eight Dollars ($848.00), in money belonging to and in the care, custody, control, management, and

UNITED STATES ATTORNEY
Seafirst Fifth Avenue Plaza Building
800 Fifth Avenue, Suite 3600
Seattle, Washington 98104
(206) 553-7970

16

1  possession of the Seafirst Bank, Auburn Branch, 1341 Auburn Way North, Auburn,

2  Washington, a bank as defined in Title 18, United States Code, Section 2113(f).

3       All in violation of Title 18, United States Code, Section 2113 (a).

4  COUNT 3

5       On or about November 18, 1998, at Seattle, within the Western District of Washington,

6  LENARDO LEE BOWDEN, by force, violence and intimidation, did take from the person

7  and presence of certain bank employees approximately Three Thousand Two Hundred One

8  Dollars and Fifty Cents ($3,201.50), in money belonging to and in the care, custody, control,

9  management, and possession of the Washington Mutual Bank, University Financial Center,

10  4300 Brooklyn Avenue NE, Seattle, Washington, a bank as defined in Title 18, United States

11  Code, Section 2113(f).

12       All in violation of Title 18, United States Code, Section 2113 (a).

13  COUNT 4

14       On or about November 25, 1998, at Seattle, within the Western District of Washington,

15  LENARDO LEE BOWDEN, by force, violence and intimidation, did attempt to take from the

16  person and presence of certain bank employees, money belonging to and in the care, custody,

17  control, management, and possession of the Wells Fargo Bank, University Branch, 4500

18  University Way NE, Seattle, Washington, a bank as defined in Title 18, United States Code,

19  Section 2113(f).

20       All in violation of Title 18, United States Code, Section 2113 (a).

21  COUNT 5

22       On or about November 27, 1998, at Shoreline, within the Western District of

23  Washington, LENARDO LEE BOWDEN, by force, violence and intimidation, did take from

24  the person and presence of certain bank employees approximately Five Thousand Two

25  Hundred Sixty Dollars ($5,260.00), in money belonging to and in the care, custody, control,

26  management, and possession of the Seafirst Bank, Aurora North Branch, 15332 Aurora

27  Avenue North, Shoreline, Washington, a bank as defined in Title 18, United States Code,

28  Section 2113(f).

SUPERSEDING INFORMATION/BOWDEN - 2
CR99-63WD

UNITED STATES ATTORNEY
Seafirst Fifth Avenue Plaza Building
800 Fifth Avenue, Suite 3600
Seattle, Washington 98104
(206) 553-7970

1       All in violation of Title 18, United States Code, Section 2113 (a).

2                   <u>COUNT 6</u>

3       On or about December 12, 1998, at Shoreline, within the Western District of

4 Washington, LENARDO LEE BOWDEN, by force, violence and intimidation, did take from

5 the person and presence of certain bank employees approximately Three Thousand Six

6 Hundred Seventy Dollars ($3,670.00) in money belonging to and in the care, custody, control,

7 management, and possession of the Seafirst Bank, Aurora North Branch, 15332 Aurora

8 Avenue North, Shoreline, Washington, a bank as defined in Title 18, United States Code,

9 Section 2113(f).

10       All in violation of Title 18, United States Code, Section 2113 (a).

11       DATED this 28th day of May, 1999.

14       KATRINA C. PFLAUMER

15       United States Attorney

17       WILLIAM H. REDKEY, JR.

18       Assistant United States Attorney

20       SUSAN B. DOHRMANN

21       Assistant United States Attorney

UNITED STATES ATTORNEY
Seafirst Fifth Avenue Plaza Building
800 Fifth Avenue, Suite 3600
Seattle, Washington 98104
(206) 553-7970

# UNITED STATES DISTRICT COURT

## Western District of Washington

UNITED STATES OF AMERICA

V.

LENARDO LEE BOWDEN
#1

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

FILED ___ ENTERED
LODGED ___ RECEIVED

JAN 2 4 2000

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

Case Number:    CR99-63P

MARGARET SMITH, AFPD
Defendant's Attorney

**THE DEFENDANT:**

**XX**   pleaded guilty to count(s) 1, 2, 3, 4, 5, and 6 of the Superseding Information filed on May 28, 1999

___   pleaded nolo contendere to count(s) ___ which was accepted by the court.

___   was found guilty on count(s) ___ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 2113(a) | Unarmed Bank Robbery | 11/15/98 - 12/12/98 | 1,2,3,5, & 6 |
| 18 U.S.C. § 2113(a) | Attempted Unarmed Bank Robbery | 11/25/98 | 4 |

The defendant is sentenced as provided in pages 2 through  7  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___   The defendant has been found not guilty on count(s) ___

~~Count(s)~~ Indictment and Second Superseding   is(are) dismissed on the motion of the United States. Information  mjs/SB Pa

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:   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

Defendant's Date of Birth:   08/26/59

Defendant's USM No.:   28644-086

Defendant's Residence Address:
FDC Seatac
Sea Tac, WA 98198

Defendant's Mailing Address:
Same

*Susan B. Dohrmann*
SUSAN B. DOHRMANN
Assistant United States Attorney

January 24, 2000
Date of Imposition of Sentence

*[signature]*
Signature of Judicial Officer

**THE HONORABLE MARSHA J. PECHMAN**
United States District Judge
Name & Title of Judicial Officer

January 24, 2000
Date

I hereby certify that the annexed instruments is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By ___ Deputy Clerk

36

Defendant:        LENARDO LEE BOWDEN
Case Number:      CR99-63P

Judgment--Page  2  of  7

## IMPRISONMENT

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned
for a total term of  NINETY - TWO          (  92  )  MONTHS

✓   The court makes the following recommendations to the Bureau of Prisons:

1) that defendant be incarcerated at FCI Sheridan or as
close to Seattle as possible.
2) that defendant participate in 500 hours of
drug treatment as provided by BOP.

X   The defendant is remanded to the custody of the United States Marshal.

___   The defendant shall surrender to the United States Marshal for this district:

___ at ___ a.m./p.m. on _____ .
___ as notified by the United States Marshal.

___   The defendant shall surrender for service of sentence at the institution designated
by the Bureau of Prisons:

___ before 2 p.m. on _____ .
___ as notified by the United States Marshal.
___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____ at _____ , with a

certified copy of this judgment.

_____
United States Marshal

By:  _____
Deputy U.S. Marshal

Defendant:      LENARDO LEE BOWDEN                          Judgment--Page  3  of  7
Case Number:    CR99-63P

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____
THREE (3) YEARS _____

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

***For offenses committed on or after September 13, 1994:***

   __X__   The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

   ____   The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

   __X__   The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check if applicable.)

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated below):

### SEE ATTACHED SPECIAL CONDITIONS OF SUPERVISION

### STANDARD CONDITIONS OF SUPERVISION

1)   the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)   the defendant shall support his or her dependents and meet other family responsibilities;
5)   the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)   the defendant shall notify the probation officer 10 days prior to any change in residence or employment;
7)   the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician;
8)   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)   the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10)  the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)  the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12)  the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13)  as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Defendant:        LENARDO LEE BOWDEN                    Judgment--Page __4__ of __7__
Case Number:     CR99-63P

## ADDITIONAL SUPERVISED RELEASE TERMS

1.    The defendant shall be prohibited from possessing a firearm or destructive device as defined in
      18 U.S.C. § 921.

2.    The defendant shall submit to mandatory drug testing pursuant to 18 U.S.C. § 3563(a)(5) and
      18 U.S.C. § 3583.

3.    The defendant shall participate as instructed by his U.S. Probation Officer in a program approved by the
      probation office for treatment of narcotic addiction, drug dependency or substance abuse, which may
      include testing to determine if the defendant has reverted to the use of drugs or alcohol. The defendant
      shall also abstain from the use of alcohol and/or other intoxicants during the term of supervision.

4.    The defendant shall submit to a search of his person, residence, office, property, or vehicle conducted in a
      reasonable manner and at a reasonable time by a probation officer *and participate in a*
      *mental health program as directed by the Probation Office.*

5.    Restitution in the amount of $20,729.20 is due immediately. Any unpaid amount is to be deducted from the
      defendant's inmate recovery payment program while incarcerated. The remaining balance is to be paid
      during the period of supervision in monthly installments as directed by the United States Probation Officer.
      Interest on restitution shall be waived.

6.    The defendant shall provide the probation officer with access to any requested financial information
      including authorization to conduct credit checks and to obtain copies of the defendant's Federal Income Tax
      Returns.

7.    The defendant shall be prohibited from incurring new credit charges or opening additional lines of credit
      without approval of the United States Probation Officer.

AO 245B (Rev. 8/96) Sheet 5, Part A - Criminal Mo    y Penalties (USAO 06/99)

Defendant:        LENARDO LEE BOWDEN                    Judgment--Page _5_ of _7_
Case Number:      CR99-63P

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|          | Assessment | Fine    | Restitution   |
|----------|-----------|---------|---------------|
| **TOTALS:** | $600.00 | $0.00   | $20,729.50    |

*$100 for each count

_____  If applicable, restitution amount ordered pursuant to plea agreement.....        $ _____

## FINE
_X_  **The Court finds that the defendant is financially unable and is unlikely to become able to pay a fine and, accordingly, the imposition of a fine is waived.**

The above fine includes costs of incarceration and/or supervision in the amount of $ _____

## RESTITUTION
____  The determination of restitution is deferred until _____.  An Amended Judgment in a Criminal Case will be entered after such determination.
____  The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---------------|----------------------|-------------------------------|------------------------------------------|

***SEE CONTINUATION SHEET - SEE NEXT PAGE***

|          |                  |                  |
|----------|------------------|------------------|
| **Totals:** | $ 20,729.50   | $ 20,729.50      |

## INTEREST ON FINES AND RESTITUTION

The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

_X_  The court has determined that the defendant does not have the ability to pay interest on any fine and/or restitution, and it is ordered that:
    _X_  The interest requirement is waived.
    ____  The interest requirement is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

Defendant:     LENARDO LEᴇ BOWDEN                 Judgment--Page __6__ of __7__
Case Number:    CR99-63P

## RESTITUTION (CONTINUATION)

| Name of Payee | *Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Seafirst Bank | $10,449.00 | $10,449.00 | |
| Loss Prevention and Awareness | | | |
| WA1-501-10-60 | | | |
| 800 Fifth Avenue, 10th Floor | | | |
| Seattle, WA 98104 | | | |
| | | | |
| Laura Schlosser | $ 7,769.50 | $ 7,769.50 | |
| Washington Mutual | | | |
| Corporate Security | | | |
| 1201 3rd Avenue, WMT 1901 | | | |
| Seattle, WA 98101 | | | |
| | | | |
| United Savings and Loan | $ 1,098.00 | $ 1,098.00 | |
| Attn: Security Officer | | | |
| 601 South Jackson | | | |
| Seattle, WA 98104 | | | |
| | | | |
| Key Bank | | | |
| Key Bank Security | | | |
| P.O. Box 1816 | | | |
| Tacoma, WA 98401 | $ 1,413.00 | $ 1,413.00 | |

AO 245B (Rev. 8/96) Sheet 5, Part B - Criminal Mo᠆᠆᠆᠆᠆᠆ / Penalties (USAO 06/99)

Defendant:       LENARDO LEE BOWDEN                  Judgment--Page _7_ of _7_
Case Number:     CR99-63P

# SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A  __XX__      in full immediately; or

B  ____      $ _____ immediately, balance due (in accordance with C, D, or E); or

C  ____      not later than _____; or

D  ____      in installments to commence ____ day(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E  ____      in _____ *(e.g., equal, weekly, monthly, quarterly)* installments of $ _____ over a period of ____ year(s) to commence _____ day(s) after the date of this judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special instructions regarding the payment of criminal monetary penalties:

__XX__    MAKE CHECK(S) FOR ALL CRIMINAL MONETARY PENALTIES, INCLUDING SPECIAL ASSESSMENTS, FINES, AND RESTITUTION, PAYABLE TO:

United States District Court Clerk, Western District of Washington. For restitution payments, the Court is to forward money received to Seafirst Bank, Washington Mutual, United Savings and Loan, and Key Bank. Please addresses on page 5 of this judgment.

____    The defendant shall pay the cost of prosecution.

____    The defendant shall forfeit the defendant's interest in the following property to the United States:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States Attorney.

md

United States District Court
for the
Western District of Washington
January 25, 2000


* * MAILING CERTIFICATE OF CLERK * *


Re:  2:99-cr-00063


True and correct copies of the attached were mailed by the clerk to the
following:


          Susan Blair Dohrmann, Esq.
          U S ATTORNEY'S OFFICE
          STE 5100
          601 UNION ST
          SEATTLE, WA  98101-3903
          FAX 553-0755

          Margaret M Smith, Esq.
          FEDERAL PUBLIC DEFENDER'S OFFICE
          STE 1100
          1111 3RD AVE
          SEATTLE, WA  98104
          FAX 553-0400

          USPO - Seattle
          US PROBATION OFFICE - SEATTLE
          SUITE 4100
          701 5TH AVE
          SEATTLE, WA  98104
          FAX 553-2248

          PTS - Seattle
          PRETRIAL SERVICES
          SUITE 500
          1200 SIXTH AVE
          SEATTLE, WA  98101
          FAX 553-1806

03/04/2008 02:12 PM EDT

**U.S. Courts**
**Case Inquiry Report**

Version 7.0.1  Page 1  of  2

**Case Number**  DWAW299CR000063      **Case Title**   USA VS LENARDO LEE BOWDEN

**Summary Party Information:**

| Party# | Party Name | Debt Type | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|
| 001 | BOWDEN, LENARDO LEE | VICTIM RESTITUTION | 20,279.50 | 450.00 | 20,279.50 |
| 001 | BOWDEN, LENARDO LEE | SPECIAL PENALTY ASSESSMENT | 306.31 | 306.31 | 0.00 |
| | | | 21,035.81 | 756.31 | 20,279.50 |

**Summary Payee Information:**

| Payee Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| CONV000330 | KEY BANK | 1,413.00 | 30.64 | 1,382.36 |
| CONV006266 | UNITED SAVINGS AND LOAN | 1,098.00 | 0.00 | 1,098.00 |
| CONV008868 | BANK OF AMERICA | 10,449.00 | 226.85 | 10,222.15 |
| CONV009001 | WASHINGTON MUTUAL BANK | 7,769.50 | 168.66 | 7,600.84 |
| | | 20,729.50 | 426.15 | 20,303.35 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Code | Depository Total |
|---|---|---|---|---|

**Transaction Information:**

| Document Type/Number* | Account Number | Document Date | Debt Type Line# | Accomplished Date | Debt Type | Line Type | Payee Line# | Amount | Depository Line# | Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CK 1396 | DWAW299CR000063-001 | 01/14/2006 | 1 | 02/28/2006 | PR | VICTIM RESTITUTION | | 90.00 | | BOWDEN, LENARDO LEE | 0 | 99 | 6855XX |
| CK 1396 | DWAW299CR000063-001 | 01/14/2006 | 2 | 02/28/2006 | PR | SPECIAL PENALTY ASSESSMENT | | 306.31 | | BOWDEN, LENARDO LEE | 0 | 99 | 504100 |
| PK 1028 | DWAW299CR000063-001 | 02/28/2006 | 1 | 02/28/2006 | PR | VICTIM RESTITUTION | 4 | 0.00 | | KEY BANK | 0 | 99 | 6855XX |
| PK 2511 | DWAW299CR000063-001 | 02/28/2006 | 1 | 02/28/2006 | PR | VICTIM RESTITUTION | 2 | 0.00 | | UNITED SAVINGS AND LOAN | 0 | 99 | 6855XX |
| PK 3868 | DWAW299CR000063-001 | 02/28/2006 | 1 | 02/28/2006 | PR | VICTIM RESTITUTION | 3 | 0.00 | | BANK OF AMERICA | 0 | 99 | 6855XX |
| PK 4224 | DWAW299CR000063-001 | 02/28/2006 | 1 | 02/28/2006 | PR | VICTIM RESTITUTION | 1 | 0.00 | | WASHINGTON MUTUAL BANK | 0 | 99 | 6855XX |
| CT 321057 | DWAW299CR000063-001 | 03/14/2006 | 1 | 03/14/2006 | PR | VICTIM RESTITUTION | | 180.00 | | BOWDEN, LENARDO LEE | 0 | 06 | 6855XX |

03/04/2008 02:12 PM EDT

Version 7.0.1  Page 2  of 2

# U.S. Courts
## Case Inquiry Report

**Transaction Information:**

| Document Type/Number* / Account Number / Debt Type Line# | Document Date / Debt Type | Accomplished Date / Debt Type | Line Type | Payee Line# | Amount | Depository Line# / Party/Payee Name | Doc Actn | Trans Type | Fund |
|---|---|---|---|---|---|---|---|---|---|
| PT 0646860341 DWAW299CR000063-001 1 | 04/14/2006 | 04/14/2006 | PR VICTIM RESTITUTION | 1 | 101.20 | WASHINGTON MUTUAL BANK | 0 | 03 | 6855XX |
| PT 0646860342 DWAW299CR000063-001 1 | 04/14/2006 | 04/14/2006 | PR VICTIM RESTITUTION | 3 | 136.11 | BANK OF AMERICA | 0 | 03 | 6855XX |
| CT SEA012476 DWAW299CR000063-001 1 | 10/02/2007 | 10/02/2007 | PR VICTIM RESTITUTION | 3 | 90.00 | BOWDEN, LENARDO LEE | 0 | 06 | 6855XX |
| CT SEA012477 DWAW299CR000063-001 1 | 10/02/2007 | 10/02/2007 | PR VICTIM RESTITUTION | 1 | 90.00 | BOWDEN, LENARDO LEE | 0 | 06 | 6855XX |
| PT 0846860721 DWAW299CR000063-001 1 | 11/16/2007 | 11/16/2007 | PR VICTIM RESTITUTION | 1 | 67.46 | WASHINGTON MUTUAL BANK | 0 | 03 | 6855XX |
| PT 0846860722 DWAW299CR000063-001 1 | 11/16/2007 | 11/16/2007 | PR VICTIM RESTITUTION | 3 | 90.74 | BANK OF AMERICA | 0 | 03 | 6855XX |
| PT 0846860011692 DWAW299CR000063-001 1 | 12/14/2007 | 12/14/2007 | PR VICTIM RESTITUTION | 4 | 30.64 | KEY BANK | 0 | 03 | 6855XX |

**\* Document Type Legend**

| Document Type | Document Type Name |
|---|---|
| CK | Cash Receipt - CCA Conversion |
| CT | Cash Receipt - CCA Automated |
| PK | Payment Authorization - CCA Conversion |
| PT | Payment Authorization - CCA Automated |

CLOSED

# U.S. District Court
# United States District Court for the Western District of Washington (Seattle)
# CRIMINAL DOCKET FOR CASE #: 2:99-cr-00063-MJP All Defendants
# Internal Use Only

| | |
|---|---|
| Case title: USA v. Bowden | Date Filed: 02/11/1999 |
| Magistrate judge case number: 2:98-mj-00704 | Date Terminated: 01/24/2000 |

Assigned to: Hon. Marsha J. Pechman

Appeals court case number: 00-30036(Bowden)

## Defendant

**Lenardo Lee Bowden** (1)
*Lenardo Bowden*

represented by **Margaret M Smith**
FEDERAL PUBLIC DEFENDER'S OFFICE
1111 3RD AVE
STE 1100
SEATTLE, WA 98101-3207
206-553-1100
Fax: FAX 553-0120
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

## Pending Counts

18:2113(a): BANK ROBBERY
(1)

## Disposition

SENTENCE- Deft Bowden is committed to the custody of AG for a term of 92 months with 3 yrs of supervised release w/conditions. Fine-none; Restitution-none; Special Assessment fee - $100; Deft

I hereby certify that the annexed instruments is a true and correct copy of the original on file in my office.
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk

|  |  |
|---|---|
| 18:2113(a) BANK ROBBERY BY FORCE OR VIOLENCE (1s-6s) | remanded to custody<br><br>SENTENCE- Deft Bowden is committed to the custody of AG for a term of 92 months with 3 yrs of supervised release w/conditions. Fine-none; Restitution-none; Special Assessment fee - $100; Deft remanded to custody |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**United States of America**          represented by **Susan Blair Dohrmann**
US ATTORNEY'S OFFICE (SEA)
700 STEWART ST
STE 5220
SEATTLE, WA 98101-1271
206-553-7970
Email:
Susan.Dohrmann@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|

| 12/31/1998 | 1 | COMPLAINT Magistrate Judge John L. Weinberg [ 2:98-m -704 ] (dktclk) (Entered: 01/04/1999) |
|---|---|---|
| 12/31/1998 | | (Court only) Docket Modification (Utility Event) warrant issued for SEALED [ 2:98-m -704 ] (dktclk) (Entered: 01/04/1999) |
| 12/31/1998 | | (Court only) Case Sealed (Utility Event) [ 2:98-m -704 ] (dktclk) (Entered: 01/04/1999) |
| 01/11/1999 | | DEFENDANT Lenardo Lee Bowden arrested [ 2:98-m -704 ] (dktclk) (Entered: 01/19/1999) |
| 01/14/1999 | | (Court only) Case Unsealed (Utility Event) [ 2:98-m -704 ] (dktclk) (Entered: 01/19/1999) |
| 01/14/1999 | 2 | Arrest Warrant returned executed as to Lenardo Lee Bowden 1/14/99 [ 2:98-m -704 ] (dktclk) (Entered: 01/19/1999) |
| 01/14/1999 | 3 | FINANCIAL AFFIDAVIT as to Lenardo Lee Bowden [ 2:98-m -704 ] (dktclk) (Entered: 01/19/1999) |
| 01/14/1999 | 4 | ORDER by Magistrate Judge John L. Weinberg appointing Margaret M Smith as the Federal Public Defender for defendant Lenardo Lee Bowden (cc: counsel) [ 2:98-m -704 ] (dktclk) (Entered: 01/19/1999) |
| 01/14/1999 | 5 | MOTION to detain by USA as to Lenardo Lee Bowden [ 2:98-m -704 ] (dktclk) (Entered: 01/19/1999) |
| 01/14/1999 | 6 | MINUTES of Initial proceedings : JLW, Dep Clerk P. Voelker, AUSA Peter Mueller, Def Counsel Margaret Smith, Tape # A-585, USPT Tracey White. First appearance of Lenardo Lee Bowden, Attorney present; deft present in custody. Financial affidavit reviewed; Court appoints cnsl. Deft advised of rights & charges. Govt moves for detention hearing to be held at this time. Court proceeds. PTS report filed under seal. Deft stipulates to detention. Deft ordered detained. Preliminary exam set for 10:00 1/25/99 for Lenardo Lee Bowden Deft remanded. [ 2:98-m -704 ] (dktclk) (Entered: 01/19/1999) |
| 01/15/1999 | 7 | DETENTION ORDER of Lenardo Lee Bowden pending Trial by Magistrate Judge John L. Weinberg (cc: counsel, Mag. Judge, PTS, Jgm. Bk., USMO) [ 2:98-m -704 ] (dktclk) (Entered: 01/19/1999) |
| 01/25/1999 | 8 | WAIVER of Preliminary hearing by defendant Lenardo Lee |

| | | Bowden [ 2:98-m -704 ] (dktclk) (Entered: 01/25/1999) |
|---|---|---|
| 02/11/1999 | 9 | INDICTMENT by USA Susan Blair Dohrmann. Counts filed against Lenardo Lee Bowden (1) count(s) 1 (DS) (Entered: 02/16/1999) |
| 02/11/1999 | 10 | ORDER CONTINUING CONDITIONS of DETENTION by Magistrate Judge John L. Weinberg as to Lenardo Lee Bowden (DS) (Entered: 02/16/1999) |

| | | |
|---|---|---|
| 02/16/1999 | 11 | ARRAIGNMENT LETTER by US Attorney ; arraignment set for 9:00 2/18/99 for Lenardo Lee Bowden (DS) (Entered: 02/16/1999) |
| 02/18/1999 | 12 | MINUTES of ARRAIGNMENT : RSM, Dep Clerk LW, AUSA B. Sievers (for S. Dohrmann), Def Counsel M. Smith, Tape # A598, dft Lenardo Lee Bowden arraigned; NOT GUILTY plea entered; Attorney present; pretrial motions due by 3/11/99 for Lenardo Lee Bowden ; jury trial set for 8:45 4/13/99 for Lenardo Lee Bowden before WLD; Deft remanded (VK) (Entered: 02/19/1999) |
| 03/18/1999 | 13 | MINUTE ORDER by Judge Thomas S. Zilly recuses himself and is reassign to Judge William L. Dwyer (cc: counsel, WLD, TSZ,DB) (MD) (Entered: 03/19/1999) |
| 04/08/1999 | 14 | WAIVER of SPEEDY TRIAL by Lenardo Lee Bowden (MD) (Entered: 04/12/1999) |
| 04/09/1999 | 15 | STIPULATION and ORDER by Judge William L. Dwyer cont trial date and pretrial date. Pretrial motions extended to 5/7/99 for Lenardo Lee Bowden jury trial extended to 6/8/99 for Lenardo Lee Bowden. (cc: counsel, Judge, USMO, USPO, PTS) (MD) (Entered: 04/12/1999) |
| 05/04/1999 | | (Court only) (Utility) Add federal agencies: USMO - Seattle, USPO - Seattle, PTS - Seattle (NS) (Entered: 05/04/1999) |
| 05/28/1999 | | Change of plea set for 3:00 6/2/99 for Lenardo Lee Bowden (RS) (Entered: 05/28/1999) |
| 05/28/1999 | 16 | SUPERSEDING Information naming Lenardo Lee Bowden (1) count(s) 1s-6s (MH) (Entered: 06/03/1999) |
| 06/03/1999 | 17 | MINUTES of ARRAIGNMENT : RSM, Dep Clerk LW, AUSA S Dohrmann, Def Counsel M Smith, Tape # A-661, dft Lenardo Lee Bowden arraigned; NOT GUILTY plea entered to superseding information; Attorney present; dft executes |

| | | |
|---|---|---|
| | | waiver of indictment; dft requests 30-day continuance under Federal Rule; motion granted; new trial date to be set (MH) (Entered: 06/04/1999) |
| 06/04/1999 | 18 | WAIVER OF INDICTMENT by defendant Lenardo Lee Bowden (MH) (Entered: 06/04/1999) |
| 06/08/1999 | 19 | ORDER by Judge William L. Dwyer jury trial cont to 7/13/99 for Lenardo Lee Bowden. (Date 6/8/99 up to and including 7/13/99 shall be excludable time per Speedy Trial Act) (cc: counsel, Judge, USPO, PTS, USMO, Eileen) (MD) (Entered: 06/08/1999) |
| 06/15/1999 | | Change of plea set for 3:00 6/18/99 for Lenardo Lee Bowden before RSM in courtroom A (MD) (Entered: 06/15/1999) |
| 06/18/1999 | 20 | WAIVER OF INDICTMENT by defendant Lenardo Lee Bowden (MH) (Entered: 06/23/1999) |
| 06/18/1999 | 21 | CONSENT TO RULE 11 PLEA in a felony case by Lenardo Lee Bowden (MH) (Entered: 06/23/1999) |
| 06/18/1999 | 22 | PLEA AGREEMENT as to Lenardo Lee Bowden (MH) (Entered: 06/23/1999) |
| 06/18/1999 | 23 | MINUTES of PLEA HRG : RSM, Dep Clerk JN, AUSA S Dohrmann, Def Counsel M Smith, CR L Kelly, Lenardo Lee Bowden enters guilty plea to counts 1-6 of superseding information sentencing hearing is set for 8:30 8/30/99 for Lenardo Lee Bowden ; dft remanded to custody (MH) Modified on 06/24/1999 (Entered: 06/23/1999) |
| 06/18/1999 | 24 | REPORT AND RECOMMENDATION regarding guilty plea by Magistrate Judge Ricardo S. Martinez NOTED FOR 7/6/99 (cc: counsel, Judge, USPO) (MH) (Entered: 06/23/1999) |
| 06/18/1999 | | LODGED ORDER: re: REPORT AND RECOMMENDATION regarding guilty plea [24-1] (MH) (Entered: 06/23/1999) |
| 06/18/1999 | | (Court only) Docket Modification (Utility Event) ; moved counts 1-6 to P5 (MH) (Entered: 06/24/1999) |
| 07/06/1999 | 25 | ORDER by Judge William L. Dwyer GRANTING REPORT AND RECOMMENDATION regarding guilty plea, adjudication of guilt and notice of sentencing as to deft Bowden [24-1] (cc: counsel, Judge) (MD) (Entered: 07/06/1999) |

| 07/26/1999 | 26 | MINUTE ORDER by Judge William L. Dwyer ; sentencing hearing is continued to 8:15 10/22/99 for Lenardo Lee Bowden (cc: counsel, Judge) (MH) (Entered: 07/28/1999) |
| 10/05/1999 | 27 | MINUTE ORDER by Judge William L. Dwyer Case reassigned to Judge Marsha J. Pechman (cc: counsel, Judge, Heather) (RS) (Entered: 10/07/1999) |
| 10/12/1999 | 28 | MINUTE ORDER by Judge Marsha J. Pechman ; sentencing hearing is rescheduled to 11:00 11/8/99 for Lenardo Lee Bowden (cc: counsel, Judge, USMO, USPO, PTS) (MH) (Entered: 10/12/1999) |
| 10/12/1999 | 29 | MINUTE ORDER by Judge Marsha J. Pechman ; sentencing hearing is set for 11:00 11/8/99 for Lenardo Lee Bowden (cc: counsel, Judge, USMO, USPO, PTS) (MH) (Entered: 10/12/1999) |
| 10/28/1999 | 30 | MINUTE ORDER by Judge Marsha J. Pechman ; sentencing hearing cont to 3:30 1/12/00 for Lenardo Lee Bowden (cc: counsel, Judge,USMO, USPO, PTS) (MD) (Entered: 11/01/1999) |
| 01/05/2000 | 31 | MINUTE ORDER by Judge Marsha J. Pechman ; sentencing hearing cont to 11:00 1/13/00 for Lenardo Lee Bowden (cc: counsel, Judge, USMO, USPO, PTS) (MD) (Entered: 01/05/2000) |
| 01/07/2000 | 32 | SENTENCING MEMORANDUM re Lenardo Lee Bowden by defendant Lenardo Lee Bowden w/attachments (MD) (Entered: 01/10/2000) |
| 01/10/2000 | 33 | SENTENCING MEMORANDUM re Lenardo Lee Bowden by plaintiff USA (under seal) (MD) (Entered: 01/11/2000) |
| 01/21/2000 | 34 | SENTENCING MEMORANDUM (supplemental) re Lenardo Lee Bowden by plaintiff USA (MD) (Entered: 01/24/2000) |
| 01/21/2000 | 35 | EXHIBITS defts (supplemental) re: sentence [32-1] (MD) (Entered: 01/24/2000) |
| 01/24/2000 | 36 | JUDGMENT IN A CRIMINAL CASE by Judge Marsha J. Pechman as to Lenardo Lee Bowden (cc: counsel, Judge, USMO, USPO, PTS, Jgm. Bk., Fin'l) Entered on: 1/25/00 (MD) (Entered: 01/25/2000) |
| 01/24/2000 | 37 | MINUTES of Judgment and Sentencing : MJP, Dep Clerk Eileen, AUSA Susan Dohrmann, Def Counsel Margaret Smith, |

| | | |
|---|---|---|
| | | CR/ Laurene Kelly, USPO Dana Scarp, Intpr none. Sentencing hearing held on 1/24/00 as to deft Bowden. Sentencing Lenardo Lee Bowden (1) count(s) 1s-6s, 1 . SENTENCE- Deft Bowden committed to the custody of AG for a term of 92 months with 3 yrs of supervised release w/conditions. Fine- none; Restitution-none; Special Assessment fee - $100; Deft remanded to custody , case terminated (MD) (Entered: 01/26/2000) |
| 01/26/2000 | 38 | STATEMENT of REASONS for Imposing Sentence by Judge Marsha J. Pechman as to defendant Lenardo Lee Bowden (cc: counsel, Judge, USPO) (MD) (Entered: 01/26/2000) |
| 01/26/2000 | 39 | TRANSCRIPT of proceedings for the following date(s): 1/24/00 (Re: Reporter's Partial Transcript of Proceedings) CR initials: L. Kelly (dktclk) (Entered: 01/31/2000) |
| 02/03/2000 | 40 | NOTICE OF APPEAL (00-30036) by defendant Lenardo Lee Bowden from Dist. Court decision [36-1] (cc: CCA, counsel, MJP, CR, USMO, USPO, USPTS) (dktclk) Modified on 05/25/2000 (Entered: 02/04/2000) |
| 02/03/2000 | | NO APPEAL FEE RECEIVED: Appellant Lenardo Bowden granted IFP on 1/14/99. (dktclk) (Entered: 02/04/2000) |
| 02/04/2000 | 41 | TIME SCHEDULE ORDER [40-1] Transcript designation due 2/25/00; Transcript due 3/27/00; Appellant's opening brief due by 5/8/00 Appellee's response brief due by 6/7/00; Reply (optional) brief due by 6/21/00 (cc: CCA, MJP, CR, counsel) (dktclk) (Entered: 02/04/2000) |
| 02/04/2000 | | APPEAL NOTIFICATION packet sent to CCA (cc: cnsl) (dktclk) (Entered: 02/04/2000) |
| 02/04/2000 | | ENT-Criminal Case Information forwarded to 9th CCA. (dktclk) (Entered: 02/04/2000) |
| 02/11/2000 | 42 | TRANSCRIPT DESIGNATION and Ordering Form for dates: 1/24/00 [40-1] (dktclk) (Entered: 02/14/2000) |
| 02/14/2000 | | NOTIFICATION by Circuit Court of Appellate Docket Number 00-30036 (Bowden) (dktclk) (Entered: 03/25/2000) |
| 03/14/2000 | 43 | TRANSCRIPT of proceedings for the following date(s): 1/24/00 (Re: Reporter's Transcript of Proceedings [40-1] ) CR initials: L. Kelly (dktclk) (Entered: 03/14/2000) |
| 05/18/2000 | | CERTIFICATE OF RECORD Transmitted to USCA (cc: all |

| | | |
|---|---|---|
| | | counsel) (dktclk) (Entered: 05/18/2000) |
| 01/04/2001 | | CLERK'S RECORD ON APPEAL transmitted to Circuit (KN) (Entered: 01/04/2001) |
| 03/15/2001 | 44 | MANDATE(00-30036) from Circuit Court of Appeals AFFIRMING the decision of the District Court [40-1] Memorandum attached (cc: all counsel) (JK) (Entered: 03/16/2001) |
| 03/12/2008 | 45 | Probation Transfer Letter as to defendant Lenardo Lee Bowden. Probation is transferred to District of USDC Northern District of CA. Other district case number: CR08-00068. Transmitted Transfer of Jurisdiction form, with certified copies of docket sheet, indictment or information, judgment, plea agreement, and financial record. (cc: USPO) (MD, ) (Entered: 03/12/2008) |