# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
Oakland Venue

**Petition for Summons for Offender Under Supervision**

Name of Offender:      Lenardo Lee Bowden         Docket No.:   CR 08-00068-01 SBA

Name of Sentencing Judge:   The Honorable Marsha J. Pechman
United States District Judge

Date of Original Sentence:   January 24, 2000

Original Offense: 92 months custody, 3 years supervised release
Counts One, Two, Three, Five, and Six: Unarmed Bank Robbery, 18 U.S.C. § 2113(a), Class C felonies
Count Four: Attempted Unarmed Bank Robbery, 18 U.S.C. § 2113(a), a Class C felony

Original Sentence:
Special Conditions: Special assessment $600; restitution $20,729.20; drug/alcohol treatment; mental health treatment; access to financial information; no new lines of credit or debt; search; not own or possess any firearms, or destructive devices.

The jurisdiction of this case was transferred from the Western District of Washington to the Northern District of California on January 14, 2008.

Type of Supervision: Supervised Release         Date Supervision Commenced: November 3, 2005
Assistant U.S. Attorney: Unassigned                           Defense Counsel: Unassigned (Appointed)

**Petitioning the Court**

The issuance of a summons for the offender to appear in court before the duty Magistrate Judge for identification of counsel and setting of further proceedings on September 15, 2008 at 10:00 a.m.

I, Nicole M. Fairchild, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

NDC-SUPV-FORM 12C(1) 06/23/08

Lenardo Lee Bowden                                                                 Page 2
CR 08-00068-01 SBA

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that the offender violated special condition number five that he to pay restitution in the amount of $20,729.50. |
| | As of August 14, 2008, the offender owes $20,189.50 toward his restitution obligation. The offender has made only three restitution payments while on supervised release. Evidence in support of this charge is the Case Inquiry Reports from the United States District Court for the Northern District of California, San Francisco Division, and the Western District of Washington. |
| Two | There is probable cause to believe that the offender violated special condition number seven that he not incur new credit charges or open additional lines of credit without approval of the United States Probation Officer. |
| | On August 7, 2008, I met with the offender and he signed a release for me to obtain his credit history report. The report showed that the offender secured a credit card through the First Bank of Delaware in March 2008, and obtained a line of credit through the People's Community Partnership Federal Credit Union in April 2008, without prior approval from the probation officer. The offender had previously been verbally reprimanded on December 17, 2007, for opening new credit without prior permission of the probation officer. |
| | Evidence in support of this charge is the credit report obtained from CBC Innovis dated August 14, 2008. |

Based on the foregoing, there is probable cause to believe that Lenardo Lee Bowden violated the conditions of his supervision.

Respectfully submitted,

*Nicole M. Fairchild* (signature)

Nicole M. Fairchild
U.S. Probation Officer
Date Signed: September 2, 2008

Approved as to form:

*[signature]*
Marlana R. Peter
Supervisory U.S. Probation Officer

---

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

☒ The issuance of a summons for the offender to appear in court before the duty Magistrate Judge for identification of counsel and setting of revocation proceedings on September 15, 2008 at 10:00 a.m.

☐ Other:

_Sept 4, 2008_           *[signature]*
Date                                         Saundra Brown Armstrong
                                                            United States District Judge